

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-8673

May 18, 2023

**By ECF**
The Honorable Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

    Re:    *Lu v. Rocah et al.*, No. 22-cv-9715 (NSR)

Dear Judge Román:

    This Office represents defendants Letitia A. James, Attorney General of the State of New York, and Governor Kathy C. Hochul (collectively, "State Defendants"), both sued in their official capacities. To the extent Plaintiff Jianqiao Lu ("Plaintiff") electronically filed the reply in support of his application for an order to show cause earlier this afternoon (Dkt. 30), State Defendants now file their opposition to Plaintiff's application. Dkt. 31. State Defendants' opposition was served upon Plaintiff on May 5, 2023.

    Respectfully submitted,

    /s/ _____
    YUVAL RUBINSTEIN
    Special Litigation Counsel